Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant WALTER DAWYDIAK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>WALTER DAWYDIAK,<br><br>Defendant. | Case No. 22-cr-00457 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING FROM JUNE 23, 2023 TO AUGUST 18, 2023**<br><br>Crt.: Hon. Susan Illston<br>Sentencing Hearing: June 23, 2023 at 12:00 p.m. |

## STIPULATION

Defendant Walter Dawydiak, by and through his counsel, Edward W. Swanson and Britt Evangelist, and the United States, by and through Assistant United States Attorney Benjamin Kingsley, hereby stipulate and agree and respectfully request that the Court issue an order continuing the sentencing hearing currently set for June 23, 2023 until August 18, 2023 at 11:00 a.m. The basis for the relief requested is as follows:

1.      The defendant was arraigned on an information and pled guilty on February 10,

2023.  Dkt. Nos. 10-14.

2. At change of the plea, the parties advised the Court that they anticipated working cooperatively to arrive at a stipulated restitution figure to present to the Court at sentencing and requested that the Court set a sentencing date in June to allow time for the parties to perform this work.

3. Since change of plea, the parties have worked diligently and cooperatively to resolve all outstanding restitution issues and continue to anticipate presenting an agreed-to restitution figure at sentencing.  However, the parties require additional time to finish this work.

4. The parties therefore stipulate and agree and respectfully request that the Court continue the currently set sentencing hearing to August 18, 2023 at 11:00 a.m.

5. Probation Officer Brian Casai has no objection to the relief requested and is available on the proposed new date.

**IT IS SO STIPULATED.**

Dated: June 7, 2023                             Respectfully submitted,

                                                ISMAIL J. RAMSEY
                                                United States Attorney

                                                      /s/
                                                BENJAMIN KINGSLEY
                                                Assistant United States Attorney


                                                SWANSON & McNAMARA LLP


Dated: June 8, 2023                                   /s/
                                                EDWARD W. SWANSON
                                                BRITT EVANGELIST
                                                Counsel for Walter Dawydiak

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Having reviewed the stipulation submitted by the parties, the Court finds that good cause supports continuing the sentencing hearing in this matter from June 23, 2023 to August 18, 2023 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: June __, 2023

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge