Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant WALTER DAWYDIAK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 22-cr-00457 SI |
|---|---|
| Plaintiff | |
| vs. | **DECLARATION OF BRITT EVANGELIST IN SUPPORT OF DEFENDANT WALTER DAWYDIAK'S SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD VARIANCE PURSUANT TO 18 U.S.C. § 3553(A)** |
| WALTER DAWYDIAK, | |
| Defendant. | |
| | Crt.: Hon. Susan Illston |
| | Sentencing hearing: August 18, 2023 at 11:00 a.m. |

/ / /

I, Britt Evangelist, declare as follows:

(1) I am an attorney at law duly licensed to practice before all the courts of the State of California and admitted to practice before this Court. I am a partner at the law firm of Swanson & McNamara LLP, counsel of record for defendant Walter Dawydiak in the above-captioned matter. I submit this Declaration in support of Mr. Dawydiak's sentencing memorandum. Except where asserted on information and belief, the matters stated herein are within my personal knowledge, and, if called upon to testify thereto, I could and would competently do so.

(2) Attached hereto as **Exhibit A** is a true and correct copy of defendant Walter Dawydiak's statement of acceptance of responsibility.

(3) Attached hereto as **Exhibit B** are true and correct redacted copies of letters submitted in support of Mr. Dawydiak.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of August, 2023 at San Francisco, California.

  /s/
Britt Evangelist