# EXHIBIT A

Dear Judge Illston,

I am writing to explain to you and to others who might read this letter my feelings about this case and how it changed me.

I would like to start by apologizing to my customers. I lied to many of them and kept more of their money than I was entitled to. I have done what I can to make things right by putting aside money to reimburse them for what I illegally took, but I also want them to know that I deeply regret the harm that I have caused, and I know that I must pay a heavy price for my actions. For years I told myself that dishonesty was just part of the industry I worked in, but that is no excuse, and there is no justification for what I did.

I also want to apologize to my family, particularly my children. I have a 12-year-old daughter and an adult daughter. I have always wanted them to look up to me and to be proud of me, but they deserve a better role model than I have been. My wife also deserves a better partner than I was during those years. She trusted me to run my business ethically and legally and not to put our family in harm's way. I betrayed that trust.

I would also like to thank my employees who have stood by me even after this case was filed and my crimes became public. Today my company employs approximately 20 people, many of whom have worked for me for over a decade and some of them have worked for me for nearly 30 years. They are hardworking, honest, reliable people, and I regret how my actions have affected them or might affect them in the future. My decisions and conduct caused them embarrassment, because their work is associated with my name, and I also risked their livelihoods. Because of this case, certain business partners have decided they no longer want to do business with me or my company. I worry about how my company will recover and move forward, but I am determined to make that happen, not just for me and my family, but for my employees and their families as well.

Finally, I want to address how this case has changed me. When I first learned about the investigation, I thought it was the worst thing that ever happened to me. But as the investigation went on and I worked with the government to provide all the documents and information I had about my crimes, I had time to reflect on myself and what I had done. I think I have become a better person and a better businessman because of that experience. I am proud to say that today I operate my company in full compliance with the law and that I now truly hold myself and my business practices to high ethical standards. This case was an enormous and terrifying wakeup call for me. I am committed to being a good citizen and an honest businessman again. I'm hopeful that every decision I've made since I learned of the government's investigation reflects that commitment.

Thank you for taking the time to read my letter.

Walter Dawydiak