UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES
for proceedings held on August 18, 2023

Before Judge SUSAN ILLSTON

22-cr-00457-SI-1 – UNITED STATES v. WALTER DAWYDIAK

Time in court: 25 minutes

Attorney for United States:  Benjamin Kingsley
Attorney for Defendant:      Edward Swanson, Britt Evangelist

Courtroom Deputy Clerk:  Esther Chung
Court Reporter:          Belle Ball
Probation Officer:       Brian Casai
Interpreter:             n/a

Defendant was present for hearing.
Defendant is not in custody.

## PROCEEDINGS

Sentencing held.

The Court resolved the Defendant's outstanding objections to the Presentencing Report (PSR) and adopted the PSR without change.

Defendant is committed to the Bureau of Prisons for a term of 6 months followed by 3 years of supervised release on Counts 1 and 2 of the Indictment to be served concurrently.
A special assessment fee of $200 is imposed. Fine waived.
Restitution ordered in the amount to be determined at a later date.
See Judgment for special conditions.

Defendant shall self-surrender to the designated facility, or to the U.S. Marshals if no designation is made on or before **10/17/2023**.

The Court recommends to the Bureau of Prisons that Defendant be designated to the Satellite Camp at Mendota to facilitate family visitation.